**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASMIN KANJI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a United States corporation; and DOES 1 through 25,<br><br>    Defendants. | CV 20-3820-RSWL-SK<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

Defendant Bank of America, N.A. ("Defendant" or "BANA") filed its Notice of Removal [1] on April 27, 2020. In its Notice of Removal, with regard to the citizenship of Plaintiff Truong Le ("Plaintiff"), Defendant stated, "Because Plaintiff is a citizen of California, and BANA is a citizen of North Carolina, complete diversity of citizenship exists." Notice of Removal ¶ 11, ECF No. 1. In support of diversity jurisdiction, Defendant states that "Based on the

1

1  Complaint, Plaintiff is domiciled in Los Angeles
2  County, California and is therefore a citizen of
3  California."  Id. ¶ 8.  But, the allegation in the
4  Complaint as to Plaintiff's citizenship merely states,
5  "Plaintiff Yasmin Kanji ('Ms. Kanji') is an individual
6  who resides within the County of Los Angeles, in
7  California."  Notice of Removal, Attachment #1
8  ("Compl.") ¶ 1, ECF No. 1-1.  To invoke diversity
9  jurisdiction, Defendant must prove complete diversity
10 of citizenship between the parties.  28 U.S.C. § 1332.
11 A natural person's state citizenship is "determined by
12 her state of domicile, not her state of residence."
13 Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th
14 Cir. 2001).
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

A notice of removal "alleging diversity of citizenship upon information and belief is insufficient" to prove complete diversity. <u>Bradford v. Mitchell Bros. Truck Lines</u>, 217 F. Supp. 525, 527 (N.D. Cal. 1963); see <u>Doherty v. Ocwen Fin. Corp.</u>, No. CV 14-7118 PA (Ex), 2014 U.S. Dist. LEXIS 131247, at *4 (C.D. Cal. Sep. 16, 2014) (remanding case when the defendant alleged the plaintiffs' citizenship based solely on "information and belief").  As such, Defendant is **HEREBY ORDERED** to show, in writing, on or before May 29, 2020, evidence of Plaintiff's citizenship or this Action will be remanded.

**IT IS SO ORDERED.**

DATED: May 15, 2020              /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge