# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| YASMIN KANJI, an individual, | Case No. 20:cv-03820 RSWL (ADSx) |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., a United States corporation; and DOES 1 through 25, | Action Filed: March 11, 2020<br>Removal Filed: April 27, 2020 |
| Defendants. | |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATED: June 1, 2021

                                        /s/ Autumn D. Spaeth
                                Honorable Autumn D. Spaeth
                                U.S. Magistrate Judge