JS-6

BENJAMIN TAYLOR (State Bar No. 240636)
btaylor@taylorlawfirmpc.com
BRI-ANNE DELAMARTER (State Bar No. 268012)
bdelamarter@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, California 90067
Telephone:   (310) 201-7600
Facsimile:   (310) 201-7601

Attorneys for Plaintiff
YASMIN KANJI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN KANJI, an individual, | Case No. 2:20-cv-03820-RSWL-ADSx |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| BANK OF AMERICA, N.A., a United States corporation, | |
| Defendant. | |

## ORDER

The Stipulation of the parties is accepted and approved, and this action is hereby dismissed **with prejudice**, with each party to bear her / its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 2, 2021      By: _/S/ RONALD S.W. LEW_
                                             United States District Court Judge

---

**ORDER OF DISMISSAL**